UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-224M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| IGOR KHARITONOV, | ) | |
| Defendant. | ) | |

Offense charged:

Importation of MDMA; Possession with Intent to Distribute MDMA

Date of Detention Hearing:   May 11, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   The drug offenses with which defendant is charged carry a maximum penalty in

excess of ten years. Therefore, there is a rebuttable presumption against the defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

(2) Defendant represents that he is a Canadian citizen who was born in Uzbekistan. It appears that he is also a Russian citizen, although he does not currently have citizenship papers. He has family in Russian with whom he has regular contact. He has no family in Canada or the United States. He has no ties to this District. His reported employment history is sketchy. When arrested, he is alleged to have said that he has made prior trips to the United States for the apparent purpose of distributing controlled substances.

(3) Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02    counsel for the defendant, to the United States Marshal, and to the United States

03    Pretrial Services Officer.

04  DATED this <u>11th</u> day of May, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 3